**Order entered October 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01186-CR

**KEITH ALLEN FOSTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80380-2014**

## ORDER

Before Justices Fillmore, Stoddart, and O'Neill

Appellant was convicted of continuous sexual abuse of a young child. Appellant's brief identifies the complaining witness by her full name, as well as the names of other children. Accordingly, we **STRIKE** the brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that removes the names of the complaining witness and the other children and refers to them by initials only.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    ROBERT M. FILLMORE
            PRESIDING JUSTICE